United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGINALD MILES,

Plaintiff,

v.

TRANSDEV NORTH AMERICA, INC., et al.,

Defendants.

Case No. 25-cv-03924-JST

**ORDER DISMISSING CASE WITH PREJUDICE**

Re: ECF No. 90

The Court granted Defendants' motions to dismiss on July 13, 2026. ECF No. 90. The Court dismissed with prejudice Miles's state law claims against Local 853 and his claim for "fraudulent filing of financing statement/abuse of process," but granted leave to file an amended complaint by August 3, 2026 curing the deficiencies in his remaining claims. *Id.*

No complaint has been filed. Accordingly, the Court will dismiss Miles' remaining claims with prejudice. Miles' motion for sanctions, ECF No. 91, is denied as moot.

**IT IS SO ORDERED.**

Dated: August 5, 2026

JON S. TIGAR
United States District Judge